■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY GRACIUS, Appellant. [827 NYS2d 659]—Appeal from judgment, Supreme Court, New York County (Rena Uviller, J.),

entered on or about November 16, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Saxe, J.P., Marlow, Sullivan, Nardelli and Gonzalez, JJ.